OPINION — AG — ** MILITARY ACADEMY — SCOPE — NAME — POWER TO CHANGE ** THE LEGISLATURE `CANNOT' CHANGE THE FUNCTION AND SCOPE OF OKLAHOMA MILITARY ACADEMY IN LIGHT OF THE OKLAHOMA CONSTITUTION, ARTICLE XIIIA, SECTION 2, ALTHOUGH THE LEGISLATURE COULD CHANGE THE NAME OF SAID INSTITUTION. (CHANGE NAME, CHANGE TITLE, SCHOOL, COLLEGE, UNIVERSITY, ALTER, RENAME, RESTRICTIONS, AUTHORITY, LEGISLATURE) CITE: ARTICLE V, SECTION 36, 70 O.S. 3801 [70-3801], 70 O.S. 3206 [70-3206], 70 O.S. 3201 [70-3201] [70-3201] (W. J. MONROE) ** SEE: OPINION NO. 71-322 (1971) **